UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| COREY PERKEY, LYNDSAY ALLRED, SONYA GARCIA, and ANTHONY RAMSEY, Individually and on behalf of similarly situated current and former employees,<br><br>**Plaintiffs,**<br><br>v.<br><br>**PARDHAR, LLC d/b/a HOMEWATCH CAREGIVERS, DUNCAN EMPLOYMENT AND RESIDENTIAL SERVICES, LLC, WESTCO LIFECARE SERVICES, LLC, NURTURING INDEPENDENCE, INC, BRANDIE MASTON, TRACY WALTER, JESSICA DUNCAN, and AARON DUNCAN, Individually,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.: 3:21-cv-00037-TAV-HBG |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS PARDHAR, LLC d/b/a HOMEWATCH CAREGIVERS AND WESTCO LIFECARE SERVICES**

Come now the Plaintiffs, individually and on behalf of similarly situated employees, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and provide notice of the voluntary dismissal without prejudice of two named Defendants, Pardhar, LLC d/b/a Homewatcher Caregivers and Westco Lifecare Services, LLC. All claims against the other Defendants remain at issue.

RESPECTFULLY SUBMITTED,

*s/ Jesse D. Nelson*
JESSE D. NELSON (BPR # 025602)
NELSON LAW GROUP, PLLC
10263 Kingston Pike
Knoxville, TN 37922
(865) 383-1053
jesse@NLGattorneys.com

1

## CERTIFICATE OF SERVICE

   I certify that this document or pleading was served via the Court's ECF Filing System on all users authorized and directed to receive such service, as well was via email to the attorney listed below, this 4th day of March, 2021.

  Michael Craig-Grubbs
  Finkelstein Kern Steinberg & Cunningham, PC
  1810 Ailor Avenue
  Knoxville, TN  37921
  m.craig-grubbs@FKSClaw.com

                 _s/Jesse D. Nelson_